IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.,* [1]

Bankruptcy Case No. 00-2426 PJW

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>GE POWER SYSTEMS, Defendant. | Civil Action No. 04-607 GMS<br><br>Adversary Case No. 03-50496 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>GE INDUSTRIAL SYSTEMS, Defendant. | Civil Action No. 04-608 GMS<br><br>Adversary Case No. 03-50497 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>GE ELECTRIC LIGHTING, Defendant. | Civil Action No. 04-609 GMS<br><br>Adversary Case No. 03-50498 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>GE CORPORATE R&D, Defendant. | Civil Action No. 04-611 GMS<br><br>Adversary Case No. 03-50500 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>G E SUPPLY, Defendant. | Civil Action No. 04-613 GMS<br><br>Adversary Case No. 03-50502 PJW |

---

[1]    The Debtors are the following entities:  InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

INACOM CORP., on behalf of all affiliated
Debtors, Plaintiff,
      v.
GE ELECTRICAL DISTRIBUTION AND
CONTROL, *et al.*, Defendant.

Civil Action No. 04-614 GMS

Adversary Case No. 03-50504 PJW

## NOTICE OF COURT ORDERED STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY PROCEEDINGS SCHEDULED FOR STATUS/SCHEDULING TELEPHONE CONFERENCE ON THURSDAY, OCTOBER 14, 2005 AT 10:00 A.M.

### Toll Free Dial In Number:  ( 888) 422-7105  Participant Code:  856719

PLEASE TAKE NOTICE that InaCom Corp., on behalf of all affiliated Debtors

and the Plaintiff in the above-captioned cases, hereby submits the attached status report with

respect to the matters set for hearing on October 14, 2005.  (See Exhibit A attached hereto).  Any

party who chooses to participate in the status conference should dial-in approximately ten minutes

prior to the conference start time using the above information.

Dated:  October ⎦⎦, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.


Laura Davis Jones (Bar No. 2436)
Sandra G.M. Selzer (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760

Counsel for the Plaintiffs/Debtors

# Exhibit A

## ACCOUNTS RECEIVABLE MATTERS

| Civil Action No. | Defendants Name | Status |
|---|---|---|
| 04-607 | GE Power Systems, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-608 | GE Industrial Systems, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-609 | GE Electric Lighting, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-611 | GE Corporate R&D, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-613 | GE Supply, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |
| 04-614 | GE Electrical Distribution And Control, a/k/a General Electric Company | Plaintiff forwarded the Final Settlement Agreement and Release to Defendant though Defendant has as yet not executed nor returned the Agreement. Defendant has forwarded two-thirds of the settlement funds to Plaintiff. |

## CERTIFICATE OF SERVICE

I, Sandra G.M. Selzer, hereby certify that on this __|| __ day of October 2005, I

caused a true and correct copy of the foregoing *Notice Of Court Ordered Status Report With*

*Respect To Certain Adversary Proceedings Scheduled For Status/Scheduling Telephone*

*Conference On Thursday, October 14, 2005 at 10:00 a.m.* to be served on the individual(s) listed

on the attached service list in the manner indicated herein.

Sandra G.M. Selzer (Bar No. 4283)

**InaCom Corp. v. GE [companies] Service List**
Document No. 112128
02 – Hand Delivery
01 – Overnight Delivery

**Hand Delivery**
(Counsel for General Electric Company; GE Corporate R&D)
Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

**Hand Delivery**
(Counsel for GE Supply; GE Electric Lighting; GE Electrical Distribution And Control, a/k/a
General Electric Company; GE Industrial Systems, a/k/a General Electric Company; GE Power
Systems, a/k/a General Electric Company)
Brian E. Farnan, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

**Overnight Delivery**
(Counsel for GE Supply; GE Electric Lighting; GE Electrical Distribution And Control, a/k/a
General Electric Company; GE Industrial Systems, a/k/a General Electric Company; GE Power
Systems, a/k/a General Electric Company)
Glenn M. Reisman, Esquire
Glenn M. Reisman Law Offices
Two Corporate Drive, Suite 648
Shelton, CT  06484-0861