IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>　　　　　　　Plaintiff,<br>　　v.<br>GE ELECTRIC LIGHTING a/k/a GENERAL ELECTRIC COMPANY,<br>　　　　　　　Defendant. | Civil Action No. 04-609 (GMS)<br><br>Adversary Case No. 03-50498 (PJW) |

**NOTICE AND STIPULATION OF**
**VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff InaCom Corp., *et al.,* on behalf of all affiliated debtors, and defendant GE Electric Lighting a/k/a General Electric Company hereby stipulate to the voluntary dismissal with prejudice of the *Complaint for Breach of Contract* (Docket No. 1 in the United States Bankruptcy Court for the District of Delaware, Adversary Case No. 03-50498 (PJW)) (the "Complaint") in the above-captioned action.

42125-003\DOCS_DE:113231.1

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: January 13, 2005

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | LANDIS RATH & COBB LLP |
|---|---|
| /s/ S.M. Selzer | /s/ Daniel B. Rath |
| Laura Davis Jones (Bar No. 2436) | Daniel B. Rath (Bar No. 3022) |
| Sandra G. M. Selzer (Bar No. 4283) | Rebecca L. Butcher (Bar No. 3816) |
| 919 North Market Street, 16th Floor | 919 Market Street |
| P.O. Box 8705 | Suite 600 |
| Wilmington, DE  19899-8705 (Courier 19801) | Wilmington, DE  19801 |
| Telephone:  (302) 652-4100 | Telephone:  (302) 467-4420 |
| Facsimile:  (302) 652-4400 | Facsimile:  (302) 467-4450 |
| | |
| Andrew W. Caine (Bar No. 110345) | |
| Jeffrey P. Nolan (Bar No. 158923) | |
| 10100 Santa Monica Blvd., Suite 1100 | |
| Los Angeles, CA  90067 | |
| Telephone:  (310) 277-6910 | |
| Facsimile:  (310) 201-0760 | |
| | |
| Counsel for Debtor/Plaintiff | Counsel for GE Electric Lighting a/k/a General Electric Company |